Second Department. October 26, 1897.) Action by William Gubbins against Charles G. Peterson. No opinion. Appeal from order allowing appellant to file exceptions affirmed, without costs. See 47 N. Y. Supp. 685.

HAEFNER, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1897.) Action by Margaretha Haefner against the New York, New Haven & Hartford Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

HAGADORN, Respondent, v. VILLAGE OF DOLGEVILLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Loren Hagadorn against the village of Dolgeville. No opinion. Order affirmed, with costs.

HALEY, Respondent, v. VILLAGE OF HOO-SICK FALLS, Appellant. (Supreme Court, Appellate Division, Third Department. May 18, 1897.) Action by Michael H. Haley against the village of Hoosick Falls. No opinion. Judgment and order affirmed, with costs.

HALSTED v. HALSTED. (Supreme Court, Appellate Division, First Department. May 14, 1897.) Action by Charles S. Halsted against Sarah B. Halsted. No opinion. Motion granted. See 44 N. Y. Supp. 1119.

HALSTED v. HALSTED. (Supreme Court, Appellate Division, First Department. October 15, 1897.) Action by Charles S. Halsted against Sarah B. Halsted. No opinion. Motion denied. See 44 N. Y. Supp. 1119.

HAMILTON, Respondent, v. HOWE et al., Appellants. (Supreme Court, Appellate Term. October 1, 1897.) Action by Emily L. Hamilton against William F. Howe and another. D. May, for appellants. A. E. Carroll, for respondent. No opinion. Affirmed, with costs. See 46 N. Y. Supp. 1093.

HARDY, Respondent, v. VIRKLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Orlo Hardy, as treasurer, etc., against Andrew B. Virkler. No opinion. Judgment and order affirmed, with costs.

HARMON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by L. D. Harmon, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

HAVENS, Respondent, v. DONNELLY et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1897.) Action by William C. Havens against Elizabeth Donnelly and others. No opinion. Order affirmed, with $10 costs and disbursements, with leave to appeal to the court of appeals.

47 N.Y.S.—72

HAYES, Respondent, v. FAY, Appellant. (City Court of New York, General Term. October 26, 1897.) Action by William Hayes against H. James Fay. Daniel Daly, for appellant. William Stainton, for respondent.

PER CURIAM. The plaintiff, a laborer, was employed by the defendant to assist in digging a trench for a sewer in this city, and while so engaged the wall of the earth surrounding the excavation fell into it, and plaintiff, who was in the trench, was injured. The law provides that all such excavations shall be properly guarded, so as to prevent the same from becoming dangerous to life and limb, and shall be sheet piled, when necessary to prevent the adjoining earth from caving in, by the person or persons causing the excavations to be made. Therefore it became the duty of the defendant to sheet pile the excavation in question, if necessary to prevent the same from becoming dangerous to life and limb. Whether or not it became necessary to use such piling in this instance was a question of fact for the jury to determine, and it was submitted to them, and they decided against the defendant. Therefore they declare that the defendant, in failing to provide such piling, was guilty of negligence. The jury also decided that the plaintiff was free from contributory negligence, and their findings were sustained by the evidence, and will not be disturbed by us; and therefore the judgment must be affirmed, with costs.

HAYES, Respondent, v. KERR, Appellant. (Supreme Court, Appellate Division, First Department. October 8, 1897.) Action by Emma Hayes against Leonard R. Kerr. No opinion. Motion denied. See 45 N. Y. Supp. 1050.

HERBER, Respondent, v. NILES, Appellant. (City Court of New York, General Term. October 26, 1897.) Action by Ferdinand Herber against Nathaniel Niles. H. T. Brennan, for appellant. A. & C. Steckler, for respondent.

SCHUCHMAN, J. This is an appeal from a judgment entered on the verdict of a jury in favor of the plaintiff, and from the order denying the defendant's motion for a new trial. There is but one exception in the case, viz. to the denial of the motion to dismiss when the plaintiff rested his case. The question relied on by the appellant is as to whether the verdict is against the weight of the evidence. The motion for a nonsuit was not renewed at the close of the whole case, nor was a motion for a direction made. Both parties accepted the situation, with respect to submitting the case to the jury. Under a charge to which no exception was taken, the jury found for the plaintiff, and we cannot say that the finding is against the weight of the evidence. Judgment and order appealed from affirmed, with costs. FITZSIMONS, J., concurs.

HICKS, Respondent, v. NEW JERSEY CAR-SPRING & RUBBER CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1897.) Action by John B. Hicks against the New Jersey Car-Spring & Rubber Company. No opinion. Order affirmed, with $10 costs and disbursements.